UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                :

ELIAS SACAL CABABIE,                   :    Case No.: 18-cv-5249 (RWS)
BVG WORLD, S.A. DE C.V., AND
INMOBILARIA INSURGENTES 421, S.A. DE C.V.,   :

                      Plaintiffs,     :

           -against-                 :

J.P. MORGAN CHASE BANK, N.A.,         :

                      Defendant.     :

                                :

------------------------------------------------------------------x

## STIPULATION EXTENDING TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO COUNTERCLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendant, through their respective counsel, that Plaintiffs' time to answer, move against, or otherwise respond to Defendant's Counterclaims is extended from September 7, 2018 to October 12, 2018. This is the third enlargement of time for Plaintiffs to answer or otherwise respond to the Counterclaims, and is without prejudice to Plaintiffs seeking a further enlargement if and as appropriate.

Dated: New York, New York
        August 28, 2018

**MEISTER SEELIG & FEIN LLP**             **BAKER & McKENZIE LLP**

By: _____       By: _____
     Stephen B. Meister                 David F. Heroy
     Michael B. Sloan                  Jacob M. Kaplan
     Christina Vernaschi           452 Fifth Avenue
125 Park Avenue, 7th Floor        New York, NY 10018
New York, New York 10017        (212) 626-4100
(212) 655-3500

*Attorneys for Plaintiffs*                *Attorneys for Defendant*

SO ORDERED:

_____                    _____
U.S.D.J. Robert W. Sweet                            Date